NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. PATEREK, IN HIS OWN RIGHT AND AS BEST FRIEND OF, J.P.,**
*Petitioner-Appellee,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellant.*

---

2012-5078

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-411, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

The Secretary of Health and Human Services moves without opposition for a 21-day extension of time, until November 29, 2012, to file the appendix.

Upon consideration thereof,

JAMES PATEREK v. HHS                                                    2

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27